UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CARPENTER | CIVIL ACTION NO. 15-705 |
| VERSUS | SECTION: "E" (2) |
| MADERE & SONS TOWING, L.L.C. | HON. SUSIE MORGAN |
| | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

**JOHN W. STONE OIL DISTRIBUTOR, L.L.C.'S
ANSWER TO THIRD PARTY COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes third party defendant, John W. Stone Oil Distributor, L.L.C. ("Stone") to answer the Third Party Complaint of Madere & Sons Towing, L.L.C. ("Madere") and respectfully avers as follows:

**FIRST DEFENSE**

Third party defendant avers that the Third Party Complaint fails to state a claim or a right or a cause of action against it upon which relief can be granted.

**SECOND DEFENSE**

And now further answering the allegations contained in the Third Party Complaint of Madere & Sons Towing, L.L.C., John W. Stone Oil Distributor, L.L.C. avers as follows:

1.

The allegations contained in Paragraph 1 of the Third Party Complaint are denied for lack of information to support a belief therein.

2.

The allegations contained in Paragraph II of the Third Party Complaint are denied for lack of information to support a belief therein.

3.

The allegations contained in Paragraph III of the Third Party Complaint are admitted.

4.

The allegations contained in Paragraph IV of the Third Party Complaint are denied for lack of information to support a belief therein.

5.

The allegations contained in Paragraph V of the Third Party Complaint are denied.

6.

The allegations contained in Paragraph VI of the Third Party Complaint are denied for lack of information to support a belief therein.

7.

The allegations contained in Paragraph VII of the Third Party Complaint are denied for lack of information to support a belief therein.

8.

The allegations contained in Paragraph VIII of the Third Party Complaint denied for lack of information to support a belief therein.

9.

The allegations contained in Paragraph IX of the Third Party Complaint are denied for lack of information to support a belief therein.

10.

The allegations contained in Paragraph X of the Third Party Complaint are denied.

11.

The allegations contained in Paragraph XI of the Third Party Complaint are denied.

**THIRD DEFENSE**

Third party defendant, in the alternative, avers as a separate and complete defense that, if it is found that the plaintiff was injured as he claims, which is denied, said injury was caused solely by plaintiff's own negligence for which neither he or third party plaintiff can have no recovery herein.

**FOURTH DEFENSE**

Third party defendant, in the further alternative, avers as a separate and complete defense that, if it is found that the plaintiff was injured as he claims, which is denied, and it is found that the injury complained of was caused or contributed to by the negligence of the plaintiff, then third party defendant specifically pleads such contributory negligence of the plaintiff as part of this action and are entitled to have any award due to the plaintiff or third party plaintiff mitigated or reduced accordingly.

**FIFTH DEFENSE**

Third party defendant, in the further alternative, avers as a separate and complete defense that, if the plaintiff was injured as he claims, which is denied, that his injury was caused by the fault and/or negligence of others, including but not limited to third party plaintiff, for whose negligence, third party defendant is not responsible.

**SIXTH DEFENSE**

Third party defendant, in the further alternative, avers as a separate and complete defense that, if the plaintiff is suffering for any injury and/or illness as a result of the incident(s) which forms the basis of this lawsuit, such is the result of incident(s) occurring prior to or after the date of the injury sued upon and therefore neither plaintiff nor third party plaintiff can have no recovery herein against third party defendant.

## SEVENTH DEFENSE

Third party defendant, in the further alternative, avers as a separate and complete defense that the plaintiff has failed to mitigate his damages.

## EIGHTH DEFENSE

Third party defendant avers, in the further alternative, that it owed no duty to plaintiff or third party plaintiff.

WHEREFORE, third party defendant, John W. Stone Oil Distributor, L.L.C., prays that this, its Answer to Third Party Complaint, be deemed good and sufficient and that after due proceedings be had there be judgment in its favor, dismissing the Third Party Complaint of Madere & Sons Towing, L.L.C. and/or the Complaint of Michael Carpenter at plaintiff's and third party plaintiffs' cost, and for all other general and equitable relief.

Respectfully submitted,

*Robert R. Johnston*
ROBERT R. JOHNSTON (#22442)
JACQUES P. DeGRUY (#29144)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Tel: (504) 523-2600
Fax: (504) 523-2705
Attorneys for John W. Stone Oil Distributor, L.L.C.

## CERTIFICATE OF SERVICE

By filing electronically, I certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party who is not a Filing User in accordance with the Federal Rules and the Local Rules of this Court.

*s/ Robert R. Johnston*